**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ALEX SONNI GLOVER, JR., | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-13-965-M |
| MR. JOHN FOX, | ) ) ) |
| Respondent. | ) ) |

## ORDER

On September 24, 2013, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Court dismiss the action without prejudice because Petitioner cannot proceed under § 2241 and his pleading must be construed as a § 2255 motion. Petitioner was advised of his right to object to the Report and Recommendation by October 14, 2013. On October 10, 2013, petitioner filed his objection, in which he objects to the Report and Recommendation in its entirety.

The Court has carefully reviewed the matter de novo. The Court:

(1)   ADOPTS the Report and Recommendation [docket no. 6] issued by the Magistrate Judge on September 24, 2013, and

(2)   DISMISSES this action without prejudice.

**IT IS SO ORDERED this     22nd     day of October, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE